Your name: Alexander Ocasio
Address: 8550 W. Charleston Blvd., Suite 102-332
Las Vegas, NV. 89117
Phone Number: 702 300 8785
E-mail Address: Alexanderocasio1@gmail.com
*Pro se*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Alexander Ocasio

Plaintiff,

vs.

Eastside Convention Center LLC, et Al.

Defendant.

Case Number: 2:26-cv-02464-JAD-DJA

**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING**

The Court has considered the Motion for Permission to Use and Register for Electronic Case Filing. Finding good cause, the Motion is GRANTED. (ECF No. 13).

DATED: November 25, 2026

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE